UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY F. CARR,

    Plaintiff,

v.

    Case No. 1:25-cv-405

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order of Remand entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  September 16, 2025            /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge